Johnny EARLS, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

May 29, 1959.

O. Lander Bright, Flemingsburg, for appellant.

Jo M. Ferguson, Atty. Gen., William E. Allender, Asst. Atty. Gen., for appellee.

PER CURIAM.

Johnny Earls was convicted of assault and battery. His punishment was fixed at a fine of $1,000 and imprisonment for six months in the county jail. He appeals.

Upon examination of the record we find no prejudicial error. The motion for appeal is therefore denied and the judgment is affirmed.